UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2013 APR 12 PM 2: 17

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LILIAN GORIA (08),<br><br>　　　　　　Defendant. | CASE NO. 11CR1345-AJB-08<br><br>BY _JNL_<br><br>**JUDGMENT OF DISMISSAL** |

　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

Conspiracy to Commit Sports Bribery, Conduct an Illegal Gambling Business, and Distribute Marijuana

　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 04/11/13

　　　　　　　　　　　　　　　Anthony J. Battaglia
　　　　　　　　　　　　　　　United States District Judge