# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

2013 APR 12 PM 2: 17

BY [signature]

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LILIAN GORIA (08), <br><br> Defendant. | CASE NO. 11CR1345-AJB-08 <br><br> **JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

Conspiracy to Commit Sports Bribery, Conduct an Illegal Gambling Business, and Distribute Marijuana

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 04/11/13

[signature]
Anthony J. Battaglia
United States District Judge